# Court of Appeals
# of the State of Georgia

ATLANTA,   November 18, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0593.  CHARLES E. ANDERSON v. THE STATE.**

In October 2007, the trial court entered an order revoking Charles E. Anderson's probation.  Anderson later filed a "Motion to Vacate Void Sentence," arguing that there was insufficient evidence to support the revocation.  The trial court denied the motion, and Anderson appeals.  We lack jurisdiction.

Because the underlying subject matter of Anderson's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to obtain appellate review.  See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*____11/18/2016____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*